

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 10, 2018

Honorable Michael E. Mery
Judge, 37th Judicial District Court
Cadena-Reeves Justice Center
100 Dolorosa, 4th Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Timothy R. Price
Chunn. Price, Harris, & Sloan
PLLC
1000 Central Parkway N., Suite
100
San Antonio, TX 78232
* DELIVERED VIA E-MAIL *

Russell J. Amsberry
The Amsberry Law Firm
24165 IH 10 West, Ste 217 #230
San Antonio, TX 78257
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-18-00914-CV
          Trial Court Case Number:    2018CI16905
          Style:  In re Allison Nail A/K/A Allie Nail

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)
Donna Kay McKinney (DELIVERED VIA E-MAIL)
Jeremy Sloan (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-18-00914-CV

**IN RE** Allison **NAIL** a/k/a Allie Nail

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

On November 29, 2018, relator filed a petition for writ of mandamus. Relator argued the trial court abused its discretion by denying a plea in abatement filed pursuant to Texas Civil Practice and Remedies Code section 73.062. According to relator, the trial court claimed it lacked jurisdiction to abate the case because the case would automatically abate on December 2, 2018. In her petition, relator asked this court to order the trial court to vacate its order denying the immediate abatement and order the trial court to issue an order abating the case effective November 29, 2018. Relator also filed a motion for emergency relief, asking this court to stay a November 30, 2018 deposition. On November 30, 2018, we granted the stay but did not otherwise rule on relator's petition for writ of mandamus.

It appears relator has now obtained the sought-after abatement. Therefore, relator is ORDERED, **no later than December 21, 2018**, to either (1) file a motion to dismiss her petition

---

[1] This proceeding arises out of Cause No. 2018CI16905, styled *Nicholas Ortega and Demi Ortega f/k/a Demi Myler v. Allison Nail a/k/a Allie Nail*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.

for writ of mandamus or (2) show cause in writing why the petition for writ of mandamus should not be dismissed as moot.

It is so **ORDERED** on December 10, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court